**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Jose Luis Levario** | Case No. |
| **Isela Levario** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*  ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be **$300.00 Monthly**, paid by ☒ Pay Order or ☐ Direct Pay for **60 months**. The gross amount to be paid into the plan is **$18,000.00**.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **9%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is **$0.00**.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Jose Luis Levario**      Case No.
        **Isela Levario**
        Debtor(s)      Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
|  |  |  |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Martinez & Martinez Law Firm | Employment Lawsuit | Assumed | No |
| Melendez, Alfonso L. | PI - Medical Negligence Case | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) |  |  |  |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| eCAST Settlement Corporation Washer f/Best Buy | $1,301.00 | $200.00 | Pro-Rata | 5.25% | $224.36 | Best Buy |

Form 11/7/05     *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| IN RE: | **Jose Luis Levario** | Case No. |
|---|---|---|
| | **Isela Levario** | |
| | Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

| | | | | | |
|---|---|---|---|---|---|
| El Paso Area Teachers FCU<br>1998 Chrysler Sebring | $9,823.00 | $3,900.00 | Pro-Rata | 5.25% | $4,375.40 |
| Wells Fargo Financial<br>TV | $789.00 | $50.00 | Pro-Rata | 5.25% | $56.09 |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____**March 5, 2015**_____ ."

| /s/ Jose Luis Levario | /s/ Isela Levario |
|---|---|
| Debtor | Joint Debtor |

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor /<br>Property subject to lien | Amount of Lien<br>to be Avoided | Remarks |
|---|---|---|
| | | |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Green Tree / Everhome<br>6205 Arapaho Rd., El Paso, TX 79905 | | $53,885.00 | $826.92 |
| Tax Assessor/Collector<br>6205 Arapaho Dr., El Paso, TX 79905 | 2015 & Future Tax-Escrowed | | |

Form 11/7/05    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:  **Jose Luis Levario**  Case No.
**Isela Levario**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
|  |  |

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Davis Law Firm | $3,200.00 | Along With |  |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
|  |  |  |  |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Green Tree / Everhome 6205 Arapaho Rd., El Paso, TX 79905 | $500.00 | $500.00 | Pro-Rata | 6.375% | $575.11 | Arrears thru 3/2015 |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
|  |  |  |  |

Form 11/7/05   *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Jose Luis Levario**  Case No.
**Isela Levario**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| eCAST Settlement Corporation Washer f/Best Buy | $1,301.00 | $200.00 | Pro-Rata | 5.25% | $224.36 | Best Buy |
| El Paso Area Teachers FCU 1998 Chrysler Sebring | $9,823.00 | $3,900.00 | Pro-Rata | 5.25% | $4,375.40 | |
| Tip O'Texas Fed. Cr. Un. 2006 GMC Envoy | $3,004.00 | $5,275.00 | Pro-Rata | 5.25% | $3,370.21 | |
| Wells Fargo Financial TV | $789.00 | $50.00 | Pro-Rata | 5.25% | $56.09 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ____**9%**____ of their allowed claims.

| Creditor | Estimated Debt | Remarks |
|---|---|---|
| 1st Capital Finance | $1,043.00 | |
| Ace Cash Express | $843.00 | |
| Afni, Inc | | Coll. for Dish Network |
| Asset Accept. Corp. | $917.00 | Citizens/Zales |
| Asset Accept. Corp. | $228.00 | SBC |
| Benny's Pay Day Advance | $602.00 | |
| Best Buy | | Dup of ecast |
| Capital One, NA | $289.00 | |
| Care Credit/GEMB | $1,057.00 | |
| Care Credit/GEMB | $1,038.00 | |
| Cash America Pawn | $845.00 | |
| Cash America/Cashland | $878.00 | |
| Cash Store/Cottonwood Financial | $1,024.00 | |
| Casual Male/HSBC | | Dup. of Bass & Assoc |
| Chek Cash/Signature Loan | | |
| Chevron | | Dup. of Portfolio Recovery |
| Credit One Bank | | Dup. of Granite |
| Dash For Cash | $250.00 | |
| Del Sol Medical Center | $1,457.00 | |
| Denovus Corporation, Ltd | $375.00 | AT&T Wireless |

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

IN RE: **Jose Luis Levario**　　　　　　　　　　　　　　　　　　　　Case No.
　　　　**Isela Levario**
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

| Creditor | Amount | Note |
|---|---|---|
| Dish Network | $152.00 | |
| eCAST Settlement Corporation | $1,101.00 | Unsecured portion of the secured debt (Bifurcated) |
| El Paso Area Teachers FCU | $5,923.00 | Unsecured portion of the secured debt (Bifurcated) |
| EZ Money | | Dup of Jefferson Capital |
| Fingerhut | $467.00 | |
| GECAF | $1,100.00 | |
| GECAF - National/GEMB | $1,074.00 | |
| Granite Recovery, LLC | $527.00 | Credit One |
| Guarantee Loan Service | $228.00 | |
| Home Design Furniture/GEMB | $4,367.00 | |
| HSBC Bank Nevada, NA | $94.00 | Casual Male |
| Insolve Recovery, LLC | | Duplicate listing |
| International Finance | $699.00 | |
| JCPenney | $654.00 | |
| Jefferson Capital Systems, LLC | $611.00 | EZ Corp |
| Jefferson Capital Systems, LLC | $1,921.00 | Capital One |
| Kohls | $313.00 | |
| Linebarger, Goggon, Blair | | Atty. for Tax Assessor |
| Merit Finance | $818.00 | |
| National Capital Mgmt., LLC | $1,967.00 | GE |
| Navar, MD, Tom | | |
| NCP Finance Limited Partnership | $723.00 | |
| Noble Finance | $276.00 | |
| North Star Capital Acquisition | $1,884.00 | Capital One |
| Portfolio Recovery Assoc. | $1,159.00 | Chevron/Texaco |
| Portfolio Recovery Assoc. | $728.00 | JC Penney/GE |
| Power Finance | $370.00 | |
| Quality Finance | | |
| Quality Finance | | |
| Sam Paredes dba Robinson Inv. | | Dup. of Benny's |
| Sam's / GE Card | $1,966.00 | |
| SBC | | Duplicate listing |
| Security Finance | $936.00 | |
| Security Finance dba Sunbelt | $408.00 | |
| SFC Central Bankruptcy | $689.00 | |
| Solaris Laboratory Services, LLC | $432.00 | |
| Sun Loan | $416.00 | |
| Tip O'Texas Fed. Cr. Un. | $4,060.00 | |
| Wells Fargo Financial | $739.00 | Unsecured portion of the secured debt (Bifurcated) |
| Western Finance | $300.00 | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Jose Luis Levario**　　　　　　　　　　　　　　　　　　　Case No.
**Isela Levario**
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 6*

| | |
|---|---|
| World Finance | $1,204.00 |
| World Finance | $560.00 |
| Zales | Duplicate listing |

**Totals:**

| | |
|---|---|
| Administrative Claims | **$3,200.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$500.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$7,154.00** |
| Unsecured Claims | **$50,712.00** |

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

:

A. Pursuant to 11 U.S.C. §1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan.

B. The Debtor(s) further agree, to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing the percentage payout to unsecured creditors.

C. Confirmation of the Plan shall constitute authority for creditors, such as lien-holders on real property and lien-holders on vehicles, especially where the creditor is scheduled as "direct pay" or "outside," to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

D. If any unscheduled creditor files a timely claim, with proper attachments, the Plan will provide for that claim as filed unless objected to by the Debtor. The secured creditors will be paid 8% interest.

E. If additional funds become available, creditors may receive higher monthly payments.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Jose Luis Levario** | Case No. |
| **Isela Levario** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 7*

---

Respectfully submitted this date:   **3/5/2015**_____.

/s/ Eric Martinez
Eric Martinez
4530 Montana Ave, Suite B
El Paso, TX 79903-4706
Phone: (915) 565-4669 / Fax: (915) 562-7032
(Attorney for Debtor)

/s/ Jose Luis Levario
Jose Luis Levario
6205 Arapaho Rd.
El Paso, TX 79905
(Debtor)

/s/ Isela Levario
Isela Levario
6205 Arapaho Rd.
El Paso, TX 79905
(Joint Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Jose Luis Levario**            CASE NO.
*Debtor*

**Isela Levario**            CHAPTER    **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 6, 2015, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Eric Martinez
Eric Martinez
Bar ID:24034822
Davis Law Firm
4530 Montana Ave, Suite B
El Paso, TX 79903-4706
(915) 565-4669

---

1st Capital Finance
xxx641-7
9839 Dyer St, S-A
El Paso, TX 79924

Asset Accept. Corp.
7292
P.O. Box 2036
Warren, MI 48090

Care Credit/GEMB
xxxx-xxxx-0234
P.O. Box 960061
Orlando, FL 32896-0661

Ace Cash Express
xxxxxxxxxx0707
c/o B-Line, LLC
MS 550, P.O. Box 91121
Seattle, WA 98111

Benny's Pay Day Advance
x3316
6142 Montana Ave.
El Paso, TX 79925

Care Credit/GEMB
xxxx-xxxx-9433
P.O. Box 960061
Orlando, FL 32896

Afni, Inc
xxxxxx9140
404 Brock Drive
P.O. Box 3427
Bloomington, IL 61702-3427

Best Buy
xxxx-xxxx-xxxx-7805
HRS
P.O. Box 15518
Wilmington, DE 19850

Cash America Pawn
xxx3800
4630 Montana Ave.
El Paso, TX 79903

Asset Accept. Corp.
4145
P.O. Box 2036
Warren, MI 48090

Capital One, NA
c/o Creditors Bankruptcy Serv.
P.O. Box 740933
Dallas, TX 75374

Cash America/Cashland
5529
17 Triangle Park Dr.
Cincinnati, OH 45246

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Jose Luis Levario** CASE NO.
*Debtor*

**Isela Levario** CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

---

Cash Store/Cottonwood Financial
xxx-xxxx268-4
1901 Gateway Dr., S-200
Irving, TX 75038

Del Sol Medical Center
c/o B-Line, LLC
P.O. Box 91121
Seattle, WA 98111

Fingerhut
xxxxxxxx4372
6250 Ridgewood Road
St. Cloud, MN 56303

Casual Male/HSBC
xxxx-xxxx-xxxx-6024
90 Christiana Rd.
New Castle, DE 19720

Denovus Corporation, Ltd
3453
c/o Jefferson Capital Sys, LLC
P.O. Box 7999
Saint Cloud, MN 56302

GECAF
P.O. Box 960061
Orlando, FL 32896

Chek Cash/Signature Loan
5421 E. RL Thornton Fwy
Dallas, TX 75223

Dish Network
P.O. Box 9033
Littleton, CO 80160

GECAF - National/GEMB
xxxxxxxxxxx5822
P.O. Box 9981439
El Paso, TX 79998

Chevron
xxxx-xxxx-xxxx-2356
P.O. Box 981400
El Paso, TX 79998-1400

eCAST Settlement Corporation
xxxx-xxxx-xxxx-7805
c/o Bass & Assoc, PC
3936 E. Ft. Lowell, S-200
Tucson, AZ 85712

Granite Recovery, LLC
6568
c/o Recovery Mgmt. Sys. Corp.
25 SE 2nd Ave., S-1120
Miami, FL 33131

Credit One Bank
xxxx-xxxx-xxxx-6568
P.O. Box 98873
Las Vegas, NV 89193

El Paso Area Teachers FCU
xx0657
12020 Rojas Dr.
El Paso, TX 79936

Green Tree / Everhome
xxxxxxxx5766
P.O. Box 0049
Palatine, IL 60055

Dash For Cash
4665 Montana Ave.
El Paso, TX 79903

EZ Money
xxx0620
6590 Montana Ave., S-E
El Paso, TX 79925

Guarantee Loan Service
x3100
4320 Montana Ave., S-A
El Paso, TX 79903

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Jose Luis Levario**                                    CASE NO.
*Debtor*

**Isela Levario**                                               CHAPTER  **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Home Design Furniture/GEMB<br>xxxx-xxxx-0327<br>P.O. Box 960061<br>Orlando, FL 32896 | JCPenney<br>xxxx-xxxx-xxxxx7121<br>P.O. Box 981402<br>El Paso, TX 79998-1402 | Merit Finance<br>4<br>204 E. Main St.<br>Spartanburg, SC 29306 |
| HSBC Bank Nevada, NA<br>xxxx-xxxx-xxxx-6024<br>Bass & Assoc, PC<br>3936 E. Ft. Lowell Rd., S-200<br>Tucson, AZ 85712 | Jefferson Capital Systems, LLC<br>9837<br>P.O. Box 7999<br>Saint Cloud, MN 56302 | National Capital Mgmt., LLC<br>1271<br>8245 Tournament Dr., S-230<br>Memphis, TN 38125 |
| Insolve Recovery, LLC<br>c/o Capital Recovery Group<br>P.O. Box 123203<br>Dallas, TX 75312 | Jefferson Capital Systems, LLC<br>1418<br>P.O. Box 7999<br>Saint Cloud, MN 56302 | Navar, MD, Tom<br>xx4862<br>c/o Creditors Service Bureau<br>7351 Remcon Cir.<br>El Paso, TX 79912 |
| Internal Revenue Serv.<br>300 E. 8th Street, STOP 5026 AUS<br>Austin, TX 78701 | Jose Luis Levario<br>6205 Arapaho Rd.<br>El Paso, TX 79905 | NCP Finance Limited Partnership<br>xxxx-xxx7937<br>100 East Third Street, 5th Floor<br>Dayton, OH 45402 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohls<br>xxxx8351<br>P.O. Box 3115<br>Milwaukee, WI 53201 | Noble Finance<br>xxxx8-1 NL<br>9839 Dyer, Suite C<br>El Paso, TX 79924 |
| International Finance<br>4987<br>4316 Montana Ave.<br>El Paso, TX 79903 | Linebarger, Goggon, Blair<br>xxxxxxxxxx0300<br>& Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | North Star Capital Acquisition<br>4175<br>170 Northpointed Pkwy., S-300<br>Amherst, NY 14228 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Jose Luis Levario**                               CASE NO.
*Debtor*

**Isela Levario**                                CHAPTER    **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #3)

---

| | | |
|---|---|---|
| Portfolio Recovery Assoc.<br>xxxx-xxxx-xxxx-2356<br>P.O. Box 12914<br>Norfolk, VA  23541 | Sam's / GE Card<br>xxxx-xxxx-xxxx-1271<br>Attn:  Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA  30076 | Stuart C. Cox<br>1760 N. Lee Trevino<br>El Paso, TX  79936 |
| Portfolio Recovery Assoc.<br>3712<br>P.O. Box 12914<br>Norfolk, VA  23541 | SBC<br>7292<br>P.O. Box 90245<br>Arlington, TX  76004 | Sun Loan<br>620-1<br>6225 Airport Rd.<br>El Paso, TX 79925 |
| Power Finance<br>9515 Gateway West<br>El Paso, TX 79925 | Security Finance<br>xxxx-x2036<br>dba Merit Finance<br>112 Texas Ave.<br>El Paso, TX 79901 | Tax Assessor/Collector<br>xxxxxxxxxxx0300<br>P.O. Box 2992<br>El Paso, TX  79999 |
| Quality Finance<br>4317 Montana Ave.<br>El Paso, TX  79903 | Security Finance dba Sunbelt<br>xxx-x6947<br>8899 Alameda, S-116<br>El Paso, TX 79907 | Tip O'Texas Fed. Cr. Un.<br>xxxx5300<br>11501 Gateway Blvd. W<br>El Paso, TX  79936-6917 |
| Quality Finance<br>4106 Montana Ave.<br>El Paso, TX  79903 | SFC  Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, SC 29304 | Tip O'Texas Fed. Cr. Un.<br>xxx8300<br>11501 Gateway Blvd. W<br>El Paso, TX  79936-6917 |
| Sam Paredes dba Robinson Inv.<br>x3316<br>1201 Robinson Ave.<br>El Paso, TX 79902 | Solaris Laboratory Services, LLC<br>xxxx*x2087<br>P.O. Box 740968<br>Dallas, TX 75374 | U.S. Attorney General<br>Main Justice Building, Rm. 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC  20530 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Jose Luis Levario** CASE NO.
*Debtor*

**Isela Levario** CHAPTER **13**
*Joint Debtor*

### CERTIFICATE OF SERVICE
(Continuation Sheet #4)

U.S. Attorney's Office
Western Dist. of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX  78216


Wells Fargo Financial
xxxx-xxxx-xxxx-2163
4137 121st Street
Urbandale, IA 50323


Western Finance
xx240-6
4301 Montana Ave., S C-D
El Paso, TX  79903


World Finance
xxxxxxx/xx-xx5712
6590 Montana Ave., S-B
El Paso, TX 79925


World Finance
x6965
7021 Alameda Ave., S-C
El Paso, TX  79915


Zales
4145
P.O. Box 6403
Sioux Falls, SD 57117